Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Praxedis Barragan

IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:10-cr-00313 OWW |
| | ) | |
| Plaintiff, | ) | ORDER DENYING |
| | ) | GOVERNMENT'S MOTION TO |
| v. | ) | QUASH THIRD-PARTY SUBPOENAS |
| | ) | TO INSPECT PROPERTY |
| PRAXEDIS BARRAGAN, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Government's motion to quash defendant Barragan's third-party subpoenas to inspect property came before this Court April 4, 2011.  Karen Escobar appeared for the Government, Carolyn D. Phillips appeared for defendant Barragan and specially appeared for defendant Juan Galviz Garcia, Charles Lee appeared on behalf of defendant Ramon Torres-Arreola.

The Court after considering the pleadings, record, and oral argument, found:

(1)  the Government did not have standing to quash the subpoenas;

(2)  none of the three private landowners who had been served with the subpoenas appeared at the hearing or filed objections to the subpoenas, thereby waiving any objections to the subpoenas; and,

(3)  the subpoenas met the three-prong test set forth in *U.S. v. Nixon*, 418 U.S. 683 (1974), of relevancy, admissibility, and specificity; and,

*Order Denying Government's Motion to Quash Third-Party Subpoenas to Inspect Property; United States v. Praxedis Barragan, Case No. 1:10-cr-0313 OWW*

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED THAT:

(1) The government's motion to quash defendant Barragan's third-party subpoenas to inspect three parcels of land identified in the subpoenas filed with the court is DENIED.

(2) The private property owners served with subpoenas: Bobecka LLC, owner of property identified as APN 053-036-002 located in Madera County California; David H. Jackson owner of property identified as APN 053-036-005-000, property located in Madera County California; and, McGinty Properties LP, owners of APN 053-036-004-000, located in Madera County California, have waived any and all objections to the subpoenas, and must now fully comply with the terms of the subpoenas to allow defense counsel and their assistants to come onto their respective properties at a date and time to be designated by further notice of the Court and with prior notice to the property owners.

(3) During the inspection of the properties, counsel for defendants and their assistants shall not disturb the land, dig into the ground, move fences or alter the property in any way.

(4) The property owners Lynne A. Pierce or Margaret J. Pierce, upon whom service was attempted but upon whom service could not be completed before the hearing on April 4, 2011, shall be served with a subpoena for inspection of land, APN 053-036-003-000.

(5) The next hearing date in this matter will be held May 9, 2011 at 9 a.m. Time is excluded to and through May 9, 2011.

Dated: April 6, 2011                    /s/ OLIVER W. WANGER
                                        UNITED STATES DISTRICT JUDGE

*Order Denying Government's Motion to Quash Third-Party Subpoenas to Inspect Property; United States v. Praxedis Barragan, Case No. 1:10-cr-0313 OWW*

PDF created with pdfFactory trial version www.pdffactory.com