DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAMON TORRES-ARREOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAMON TORRES-ARREOLA, <br><br> Defendant. | No. 1:10-CR-313 LJO <br><br> STIPULATION TO ADVANCE HEARING DATE AND RESET FOR CHANGE OF PLEA; ORDER <br><br> Date: January 9, 2012 <br> Time: 1:00 P.M. <br> Court: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the trial confirmation hearing in the above-referenced proceedings now scheduled for February 27, 2012, **may be advanced to January 9, 2012 at 1:00 P.M. and reset for change of plea.**

This continuance is requested by counsel for the defendant because a plea agreement has been signed in this matter and the defendant would like to enter his plea as soon as possible.

DATED: December 28, 2011                    DATED: December 28, 2011

BENJAMIN B. WAGNER                           DANIEL J. BRODERICK
United States Attorney                       Federal Public Defender

/s/ Karen Escobar                            /s/ Marc Days
KAREN ESCOBAR                                MARC DAYS
Assistant United States Attorney             Assistant Federal Defender
Attorney for Plaintiff                       Attorney for Defendant Ramon Torres-Arreola

**ORDER**

**IT IS SO ORDERED**. The trial confirmation hearing in the above-referenced proceedings is hereby advanced to January 9, 2012, at 1:00 P.M., and reset for a change of plea hearing.

IT IS SO ORDERED.

| | |
|---|---|
| **Dated:   December 29, 2011** | /s/ Lawrence J. O'Neill |
| | UNITED STATES DISTRICT JUDGE |