UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-00313 LJO |
| Plaintiff, | **ORDER STRIKING DEFENDANT'S** |
| vs. | **SENTENCING MEMORANDUM** |
| RAMON TORRES-ARREOLA (1) | |
| Defendant / | |

Sentencing is set for Monday, April 2, 2012.  Pursuant to Local Rule 32-460(d), objections of counsel to matters in the Presentence Investigation Report were due March 12, 2012.  The Defense Sentencing Memorandum was filed on March 26, 2012.  It is untimely, and is hereby STRICKEN.

IT IS SO ORDERED.

**Dated:   March 28, 2012**                    /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE